# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 20, 2023
Docket #: 22-363cv
Short Title: Bhatnagar v. The New School

DC Docket #: 20-cv-2321
DC Court: SDNY (NEW YORK CITY)
DC Judge: Schofield
DC Judge: Aaron

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for   Defendant-Appellee
_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the   Plaintiff-Appellant
_____

and in favor of   Defendant-Appellee
_____

for insertion in the mandate.

Docketing Fee          N/A
                   _____

Costs of printing appendix (necessary copies _____13_____) _____$336.00_____

Costs of printing brief (necessary copies _____13_____) _____$497.00_____

Costs of printing reply brief (necessary copies ____N/A____) ____N/A____

**(VERIFICATION HERE)**

*Michael P. Collins*
Michael P. Collins, Esq.

*Michael P. Collins*
_____
Signature
Michael P. Collins, Esq.



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

June 27, 2023

BOND, SCHOENECK & KING, PLLC
10 Bank Street, 11th Floor
White Plains, New York 10606
(914) 306-7870

Bhatnagar v. The New School
Appellee's Brief & Appellee's Appendix
United States Court of Appeals - Second Circuit

## ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 22-363**

Appellee's Brief (Under Seal) - 7 Copies / 65 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 455 | Printed 65 Text Pages x 7 Copies | $ | 0.20 | 91.00 |
| 7 | Perfect Bound Books | $ | 5.00 | 35.00 |
| | | | SUB-TOTAL: | 251.00 |
| | | | NYC SALES TAX: $ | 22.28 |

Appellee's Brief (Redacted) - 6 Copies / 65 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 455 | Printed 65 Text Pages x 6 Copies | $ | 0.20 | 91.00 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | | SUB-TOTAL: | 246.00 |
| | | | NYC SALES TAX: $ | 21.83 |

Appendix (Vol. 1) - 6 Copies / 14 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 84 | Printed 14 Text Pages x 6 Copies | $ | 0.20 | 16.80 |
| 6 | Perfect Bound Books | $ | 5.00 | 30.00 |
| | | | SUB-TOTAL: | 171.80 |
| | | | NYC SALES TAX: $ | 15.25 |



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

Appendix (Vol. 2 Under Seal) - 7 Copies / 3 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 21 | Printed 3 Text Pages x 7 Copies | $ | 0.20 | 4.20 |
| 7 | Perfect Bound Books | $ | 5.00 | 35.00 |
| | | SUB-TOTAL: | | 164.20 |
| | | NYC SALES TAX: | $ | 14.57 |
| | | **TOTAL:** | | **$906.93** |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.