# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-three.

| | |
|---|---|
| Sankalp Bhatnagar, | **STATEMENT OF COSTS** |
|     Plaintiff - Appellant, | Docket No. 22-363 |
| v. | |
| The New School, Parsons School of Design, | |
|     Defendants - Appellees. | |

    IT IS HEREBY ORDERED that costs are taxed in the amount of $833.00 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court